438 A.2d 372

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**James COLLINS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 30, 1981.

Gilbert J. Scutti, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Ann Lebowitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

PER CURIAM.

The order of the lower court is affirmed.